

U.S. Department of Justice

*United States Attorney*
*Southern District of Florida*

*500 East Broward Boulevard*
*Suite 700*
*Fort Lauderdale, Florida 33394*
*(305) 619-7484*

June 28, 2021

**VIA HAND DELIVERY**

21-6403-SNOW

Shalikash David Imorin-Joseph

Re: **Dealing in Firearms Without a License/Purchase of Firearms by Means of False Statement, Investigation**

Dear Mr. Imorin-Joseph:

    This letter is to inform you that you are currently the target of a federal investigation underway in the Southern District of Florida, Broward County Division. Your alleged conduct implicates serious violations of federal criminal law, including dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A), and purchasing firearms by means of a false statement, in violation of Title 18, United States Code, Section 922(a)(6), among others.

    The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") has completed the initial evaluation of the evidence and I am handing the prosecution of this matter. We are now prepared to go forward with criminal charges related to the above-described conduct. If necessary, we intend to present the matter to a grand jury for indictment.

    Although you are not obligated to make any statement to law enforcement, you may wish to supply your version of the events in question to interviewing agents, for the purpose of cooperating in this investigation. You may also wish to seek the assistance of an attorney before making any such statement. If you do wish to make a statement, I suggest that you have your attorney contact me as soon as possible in order to discuss this matter. I can be reached at (

    If you cannot afford an attorney, please call my office at (305        . We will arrange a time for you to appear before a Magistrate Judge, who will determine if an attorney can be assigned to you based on financial need.

1

Finally, should you decide to retain an attorney, no adverse inference will be drawn strictly as a result of your decision to seek the advice of counsel before giving a statement. In addition, should an attorney acting upon your behalf wish to contact me, I would be willing to engage in limited discussion with counsel regarding your status in this investigation, as well the extent, if any, to which you would be willing to provide information to federal investigators.

Sincerely,

Brooke Elise Latta
Assistant United States Attorney